JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARMBRUSTER, <br><br> Plaintiff, <br><br> v. <br><br> D. SAMUAL, et al., <br><br> Defendants. | Case No. CV 22-8461-ODW (MRW) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE ON PLAINTIFF'S REQUEST** |

1. This is a <u>pro se</u> civil action involving an inmate in a California prison. Plaintiff's complaint alleges problems with a toilet in his cell and Plaintiff's mental health medications. (Docket # 1, 8.)

2. Magistrate Judge Wilner issued several orders to screen the original complaint [28 U.S.C. § 1915A] and in response to other filings from Plaintiff. (Docket # 8, 10, 14.) Judge Wilner's screening order dismissed the complaint with leave to amend for failure to state a legitimate cause of action. The screening order gave Plaintiff the option to amend his complaint or to dismiss the action voluntarily. (Docket # 8 at 3.)

3. In response, Plaintiff moved to withdraw / dismiss the action. (Docket # 16.)

4. The request is GRANTED. The action will be dismissed without prejudice.

5. The Clerk is directed to close the action.

IT IS SO ORDERED.

Dated: April 6, 2023                     _____
                                          HON. OTIS D. WRIGHT II
                                          UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2